**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR248** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RICHARD ALLEN KNIGHT,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [56]. Counsel needs additional time to review discovery.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [56] is granted as follows:

1. The jury trial, now set for January 31, 2023, is continued to **February 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 28, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: January 17, 2023**

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**