## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR248 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **RICHARD ALLEN KNIGHT,** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [67]. The undersigned magistrate judge held a telephone conference with the attorneys on March 27, 2023. Based on what was disclosed in the telephone conference, and what is in Defendant's motion, the court finds good cause has been shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [67] is granted as follows:

1. The jury trial, now set for April 18, 2023, is continued to **June 27, 2023.**

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 27, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

4. **No further continuances will be granted without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

**DATED: March 30, 2023**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge