IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD ALLEN KNIGHT,<br><br>        Defendant. | 8:21CR248<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's Evidentiary Hearing will be held at 9:30 a.m. on October 17, 2025 before the undersigned magistrate judge.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information below.

   https://ned-uscourts.zoomgov.com/j/1602497146?pwd=L29beiEZPFwmvacRGTBDrm03hmkiyd.1
   Meeting ID: 160 249 7146
   Password: 994341
   IP/H.323: 161.199.138.10
   SIP: 1602497146@sip.zoomgov.com

   If unable to connect to Zoom, Defendant may Telephone by calling **669-254-5252**, and when prompted, dial the meeting ID and password.

4) Counsel for the parties, supervising officers, and any proposed witnesses must attend the hearing in person.

Dated this 29th day of September, 2025.

                                            BY THE COURT:

                                            s/ Michael D. Nelson
                                            United States Magistrate Judge